# EXHIBIT A

Wegovy (and Ozempic), a brand name for the higher-dose version of Semaglutide, is specifically approved by the FDA for chronic weight management in adults with obesity or overweight individuals who have at least one weight-related health condition, such as type 2 diabetes or high blood pressure.

**Is Semaglutide approved for weight loss?**

Yes, the U.S. Food and Drug Administration (FDA) has approved a higher-dose version of Semaglutide, sold under the brand name Wegovy, specifically for chronic weight management in adults with obesity or overweight individuals with at least one weight-related health condition, such as type 2 diabetes or high blood pressure.

**How effective is Semaglutide for weight loss?**

Clinical trials have shown promising results for the use of Semaglutide in weight loss. In a study published in the New England Journal of Medicine, participants who received Semaglutide lost an average of 14.9% of their body weight over 68 weeks, compared to 2.4% in the placebo group. These results indicate that Semaglutide can be an effective weight loss medication when used as part of a comprehensive weight management program, including a reduced-calorie diet and increased physical activity.